## George I. Whitney v. Philip R. Bohlen and R. C. Graves.

1. APPELLATE COURT PRACTICE—*Second Appeals upon Determined Questions.*—When, on appeal from an order overruling a motion to vacate a judgment, the action of the lower court is reversed, and the cause, upon being remanded, is reinstated in that court, and the motion sustained, such action will be affirmed upon a second appeal, if no other questions are involved.

**Memorandum.**—Appeal from the Circuit Court of Putnam County; the Hon. THOMAS M. SHAW, Judge, presiding. Heard in this court at the May term, 1894, and affirmed. Opinion filed December 13, 1894.

FRED T. BEERS, attorney for appellant.

OTIS & GRAVES, attorneys for appellees.

MR. JUSTICE CARTWRIGHT DELIVERED THE OPINION OF THE COURT.

This case was here on a former appeal, and is reported as Graves, Ex'r, v. Whitney, 49 Ill. App. 435. At that time the order of the Circuit Court overruling the motion of the present appellee to vacate a judgment entered by confession in vacation, was reversed and the cause remanded to that court. The cause was duly reinstated in said court and said motion was sustained and the judgment vacated in accordance with the decision of this court.

All the questions involved in this appeal, or raised by appellant in his brief, were passed upon by this court in the former appeal, and the judgment, which accords with the conclusions then reached, will be affirmed.